UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. SAMUEL THARPE,<br><br>         Plaintiff,<br><br>     vs.<br><br>DIABLO VALLEY COLLEGE (CONTRA COSTA),<br><br>         Defendant. | Case No:  C 11-2624 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 15 |

    Good cause appearing,

    IT IS HEREBY ORDERED THAT Defendant's administrative motion for relief from the Order Setting Initial Case Management Conference and Deadlines (Dkt. 2.) is GRANTED.  The Case Management Conference currently scheduled for September 15, 2011 is CONTINUED to **October 12, 2011 at 2:30 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.  The last day to meet and confer regarding ADR matters and to comply with ADR Local Rule 3-5 shall be September 21, 2011 and initial disclosures shall be completed by October 5, 2011.  This Order terminates Docket 15.

    IT IS SO ORDERED.

Dated: August 31, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DR. SAMUEL THARPE,

       Plaintiff,

 v.

DIABLO VALLEY COLLEGE et al,

       Defendant.
                                      /

Case Number: CV11-02624 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Samuel Tharpe
772 Lindsay Ave.
Rohnert Park, CA 94928

Dated: September 1, 2011

                                  Richard W. Wieking, Clerk

                                        By: LISA R CLARK, Deputy Clerk