1  Eugene B. Elliot, State Bar No. 111475
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
3  2749 Hyde Street
   San Francisco, CA  94102-1222
4  Telephone:    (415) 353-0999
   Facsimile:     (415) 353-0990
5
   Attorneys for Defendants
6  DIABLO VALLEY COLLEGE and CONTRA
7  COSTA COMMUNITY COLLEGE DISTRICT

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11                                          )
                                            ) Case No.  C11-02624 SBA
12 DR. SAMUEL THARPE,                       )
                                            )
13     Plaintiff,                           ) **STIPULATED REQUEST FOR COURT**
                                            ) **ORDER ENLARGING TIME TO FILE**
14 v.                                       ) **OPPOSITION AND REPLY BRIEF TO**
                                            ) **DEFENDANTS' MOTION TO STRIKE, OR**
15 DIABLO VALLEY COLLEGE,                   ) **IN THE ALTERNATIVE, DISMISS**
                                            ) **PLAINTIFF'S FIRST AMENDED**
16     Defendant.                           ) **COMPLAINT; DECLARATION OF**
                                            ) **MICHAEL C. WENZEL IN SUPPORT**
17                                          ) **THEREOF**
                                            )
18                                          )
                                            ) **Date:**       February 28, 2012
19                                          ) **Time:**       1:00 p.m.
                                            ) **Courtroom:**  1, 4th Floor
20                                          ) **Judge:**      Hon. Saundra B. Armstrong
                                            )
21                                          )
                                            )
22 

23     IT IS HEREBY STIPULATED by all parties to this action that the parties have agreed to
24 request that this Court issue an order enlarging time for Plaintiff SAMUEL THARPE to file an
25 Opposition to Defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT'S
26 (erroneously sued herein as "DIABLO VALLEY COLLEGE") Motion to Strike Plaintiff's First
27 Amended Complaint pursuant to F.R.C.P. 12(f) or, in the alternative, to Dismiss Plaintiff's First
28

———————————————————————————————————————
                                         1
STIPULATED REQUEST FOR COURT ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY
BRIEF TO DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT; DECLARATION OF MICHAEL C. WENZEL IN SUPPORT THEREOF

1  Amended Complaint pursuant to F.R.C.P. 12(b)(6) ("Motion to Dismiss"), and for Defendant
2  CONTRA COSTA COMMUNITY COLLEGE DISTRICT to file a Reply Brief to Plaintiff's
3  Opposition accordingly.  The parties further agree, subject to the continued availability on this
4  Court's calendar, that the hearing date on this motion shall remain on calendar for February 28,
5  2012.
6       The grounds for this Stipulated Request for Court Order Enlarging Time are as follows:
7       1.    As Plaintiff is proceeding in the present matter *in propia persona*, and is not
8  registered with the Court's electronic filing system, the DISTRICT serves Plaintiff with a paper
9  copy of all documents filed with the Court.
10       2.    Following this Court's Order granting the DISTRICT's Motion to Dismiss
11  plaintiff's original complaint, plaintiff filed a First Amended Complaint on October 6, 2011.
12  The DISTRICT timely filed a Motion to Strike, or, in the alternative, Motion to Dismiss the First
13  Amended Complaint on October 19, 2011. The motion is set for hearing on February 28, 2012.
14  Counsel for Defendant believed that plaintiff was served with a copy of the DISTRICT's Motion
15  on October 19, 2011, as the practice and procedure of defense counsel's firm during this entire
16  matter has been to serve all documents on plaintiff that had been electronically filed with the
17  Court.
18       3.    On or about November 22, 2011, counsel for the DISTRICT received
19  correspondence from plaintiff indicating he did not receive a written copy of the DISTRICT's
20  Motion.  Immediately upon receipt of Plaintiff's correspondence defense counsel attempted to
21  verify service on plaintiff, but was unable to locate a proof of service.
22       4.    Defense counsel therefore caused the DISTRICT's Motion to be served on
23  plaintiff via Federal Express Overnight Delivery on November 29, 2011, and immediately
24  prepared this Stipulated Request for a Court Order Enlarging Time, so that this Court may allow
25  plaintiff additional time to file and serve his Opposition to the DISTRICT's Motion, and permit
26  the DISTRICT time to file any Reply.

5. The parties respectfully propose the following schedule with respect to the Motion:

| | |
|---|---|
| Opposition Deadline: | Fourteen (14) days from the date of service of the Order Granting the Parties' Stipulated Request to Enlarge Time |
| Reply Brief Deadline: | Twenty-One (21) days from the date of the Order Granting the Parties' Stipulated Request to Enlarge Time |
| Motion Hearing Date: | February 28, 2012 |

**IT IS SO STIPULATED**

Dated:  November 30, 2011                                    DR. SAMUEL THARPE

                                                                By:       /s/ *Dr. Samuel Tharpe*
                                                                            Dr. Samuel Tharpe
                                                                            Plaintiff in Pro Per

Dated:  November 30, 2011                                    BERTRAND, FOX & ELLIOT

                                                                By:       /s/ *Michael C. Wenzel*
                                                                            Eugene B. Elliot
                                                                            Michael C. Wenzel
                                                                            Attorneys for Defendants
                                                                            DIABLO VALLEY COLLEGE and
                                                                            CONTRA COSTA COMMUNITY
                                                                            COLLEGE DISTRICT

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, and the parties' having stipulated the same, the parties' stipulation is hereby APPROVED.  Plaintiff shall have fourteen days from the date of service of this Order to file an Opposition to Defendant's Motion to Dismiss. Defendant shall have twenty-one days from the date this Order is served to file a Reply Brief to plaintiff's Opposition.

**IT IS SO ORDERED**.

DATED:  __12/1/11                                    *Saundra B. Armstrong*
                                                                HON. SAUNDRA BROWN ARMSTRONG
                                                                United States District Judge

3
STIPULATED REQUEST FOR COURT ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEF TO DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF MICHAEL C. WENZEL IN SUPPORT THEREOF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DR. SAMUEL THARPE,

       Plaintiff,

 v.

DIABLO VALLEY COLLEGE et al,

       Defendant.
_____/

Case Number: CV11-02624 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

---
1
STIPULATED REQUEST FOR COURT ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEF TO DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF MICHAEL C. WENZEL IN SUPPORT THEREOF

Samuel Tharpe

772 Lindsay Ave.

Rohnert Park, CA 94928

Dated: December 1, 2011

                                      Richard W. Wieking, Clerk

                                            By: LISA R CLARK, Deputy Clerk

---

2

STIPULATED REQUEST FOR COURT ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEF TO DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF MICHAEL C. WENZEL IN SUPPORT THEREOF